

**BRUCE R. EWING**
**Partner**
**(212) 415-9206**
**ewing.bruce@dorsey.com**

May 10, 2024

**VIA ECF**

Hon. Arun Subramanian
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *Ultra Records, LLC v. Ultra International Music Publishing, LLC*, No. 22-cv-09667

Dear Judge Subramanian:

    We represent Plaintiff Ultra Records, LLC ("Ultra Records") in the above-referenced action.  We write pursuant to Section 11.B and 11.C of Your Honor's Individual Practices in Civil Cases (the "Individual Practices") to request l**eave to file Exhibits 2-6, 9, and 12 to the Declaration of Kaleb McNeely in support of Ultra Records' Motion *In Limine* in redacted form**. The reason for this request is that Defendant Ultra International Music Publishing, LLC ("UIMP") contends that those exhibits contain confidential information and has requested that they be filed in redacted form.  Ultra Records takes no position with respect to the merits of UIMP's requested redactions and, in accordance with Section 11.C.i of the Individual Practices, Ultra Records notified UIMP that it must file a letter explaining the need to redact the exhibits within three business days.

    Ultra Records thanks the Court for its consideration of this request.

                       Respectfully submitted,

SO ORDERED.

                       DORSEY & WHITNEY LLP

                       By: */s/ Bruce R. Ewing*

Arun Subramanian, U.S.D.J.
Date: May 13, 2024

                       Bruce R. Ewing
                       51 West 52nd Street
                       New York, NY 10019
                       (212) 415-9200

                       Attorneys for Plaintiff Ultra Records, LLC