

**ATTORNEYS AT LAW**
**Chrysler Building**
405 Lexington Avenue | 36th Floor
New York, New York 10174-3699
212.785.2577 | fax 212.785.5203
www.carltonfields.com

Atlanta
Florham Park
Hartford
Los Angeles
Miami
**New York**
Orlando
Tallahassee
Tampa
Washington, DC
West Palm Beach

**Jayashree Mitra**
Shareholder
212-380-9605 Direct Dial
jmitra@carltonfields.com

May 10, 2024

<u>Via ECF</u>

The Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re:   *Ultra Records, LLC. v. Ultra International Music Publishing, LLC*
>         Case No. 1:22-cv-09667
>         <u>Motion to Exclude Evidence Regarding Deductibility of Expenses ("Evidence Motion")</u>

Dear Judge Subramanian:

As counsel for Ultra International Music Publishing, LLC ("UIMP"), the undersigned represents that we inadvertently filed Ex. F (Dkt. 45) publicly when it should have been filed on the public docket as fully redacted, and then filed unredacted, under seal, pursuant to Section 11(c)(iii) of the Court's Individual Practices in Civil Cases, and pursuant to the Letter to Seal (Dkt. 42) that was filed contemporaneously with UIMP's Motion To Exclude Evidence Regarding Deductibility of Expenses. (Dkt. 43 and 44).

As such, the undersigned respectfully requests that we be **permitted to immediately withdraw Ex. F as currently filed, and re-file in accordance with the above procedures. Further, we request that the Clerk immediately remove Ex. F from the public docket.**

SO ORDERED.

*[signature]*

Arun Subramanian, U.S.D.J.
Date: May 13, 2024

Respectfully yours,

/s/ Jayashree Mitra

Jayashree Mitra

Carlton Fields, P.A.

A Professional Corporation
Carlton Fields, P.A. practices law in California through Carlton Fields, LLP.

The Honorable Arun Subramanian
May 10, 2024
Page 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing pleading was electronically filed with the Clerk by using the CM/ECF system, which will send a notice of electronic filing to all registered users of the CM/ECF system.

This 10th day of May, 2024.

                                                                  /s/ Jayashree Mitra