UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ULTRA RECORDS, LLC,<br><br>      Plaintiff(s),<br><br>  -against-<br><br>ULTRA INTERNATIONAL MUSIC PUBLISHING, LLC,<br><br>      Defendant(s). | 22-cv-9667 (AS)<br><br>ORDER |

**ARUN SUBRAMANIAN, United States District Judge:**

For the reasons stated on the record at the September 27, 2024, hearing, defendant's motion to exclude evidence (Dkt. 43) is GRANTED in part and DENIED in part.

SO ORDERED.

Dated: September 30, 2024
   New York, New York

                  _____
                   ARUN SUBRAMANIAN
                 United States District Judge