UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ULTRA RECORDS, LLC,<br><br>                              Plaintiff,<br><br>          -against-<br><br>ULTRA INTERNATIONAL MUSIC<br>PUBLISHING, LLC,<br><br>                              Defendant. | 22-cv-9667 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      By OCTOBER 25, 2024, the parties shall each submit a letter to the Court addressing: (1) whether Donahue and Kneuper will be testifying before the jury, and on what basis, *see* Dkt. 92 at 17 ("And, in any event, it is not the jury that determines profits, but the Court."); and (2) if any legal remedies are sought by either party in this case, and if not, what the basis is for a jury trial, *see* Fed. R. Civ. P. 39(a)(2).

      SO ORDERED.

Dated: October 23, 2024
       New York, New York

                                             ARUN SUBRAMANIAN
                                             United States District Judge