UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ULTRA RECORDS, LLC,

                Plaintiff,

-against-

ULTRA INTERNATIONAL MUSIC PUBLISHING, LLC,

                Defendant.

22-cv-9667 (AS)

ORDER

**ARUN SUBRAMANIAN, United States District Judge:**

As discussed on the record at today's hearing:

1. The parties may file single-spaced letters of up to five pages in response to the Court's tentative rulings. The letters should be filed by **5:00 pm on Thursday, December 19, 2024**.

2. The Court will issue its final rulings by **Thursday, December 26, 2024.**

SO ORDERED.

Dated: December 12, 2024
       New York, New York

                                              ARUN SUBRAMANIAN
                                              United States District Judge