UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ULTRA RECORDS, LLC,<br><br>                    Plaintiff,<br><br>            -against-<br><br>ULTRA INTERNATIONAL MUSIC PUBLISHING, LLC,<br><br>                    Defendant. | 22-cv-9667 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      As the Court has already ruled on the parties' motions *in limine*, the Clerk of Court is requested to terminate the motion at Dkt. 159.

      Additionally, defendant Ultra International Music Publishing's motion for judgment as a matter of law under Fed. R. Civ. P. 50(a) is DENIED without prejudice, subject to reinstatement of a properly submitted motion under Fed. R. Civ. P. 50(b) for issues adequately preserved. The Clerk of Court is requested to terminate the motion at Dkt. 188.

      SO ORDERED.

Dated: December 19, 2024
       New York, New York

                                                    ARUN SUBRAMANIAN
                                                    United States District Judge