UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ULTRA RECORDS LLC, | |
| Plaintiff, | |
| -against- | 22-cv-9667 (AS) |
| ULTRA INTERNATIONAL MUSIC PUBLISHING, | ORDER |
| Defendant. | |

ARUN SUBRAMANIAN, United States District Judge:

    By March 7, 2025, the parties shall meet and confer and submit a proposed judgment to the Court. At the same time, the parties should propose a schedule for the hearing of any post-trial motions.

    SO ORDERED.

Dated: February 25, 2025
      New York, New York

                            ARUN SUBRAMANIAN
                          United States District Judge