UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ULTRA RECORDS, LLC,

Plaintiff,

v.

ULTRA INTERNATIONAL MUSIC
PUBLISHING, LLC,

       Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Case No. 1:22-cv-09667-AS

**FINAL JUDGMENT**

    Upon the jury trial and verdict in this action, and for the reasons stated in the Order entered on February 25, 2025, Dkt. 202 (the "Final Order"), it is

    **ORDERED AND ADJUDGED** that Final Judgment is **ENTERED** as follows:

1. Judgment is entered in favor of Plaintiff Ultra Records, LLC ("Plaintiff") on its claims for:

    a. trademark infringement under 15 U.S.C. § 1114(1);

    b. unfair competition under 15 U.S.C. § 1125;

    c. trademark infringement under New York common law;

    d. unfair competition under New York common law;

    e. trademark dilution under New York General Business Law § 360-1; and

    f. breach of contract under New York common law.

2. Defendant, its officers, agents, servants, employees, attorneys, successors or assigns, and all persons or entities acting in concert or participation with them or any of them, are hereby permanently enjoined and restrained from using, in connection with the offer for sale, sale, distribution, marketing, advertising and/or

promotion of any music-publishing or music-related goods or services (including on websites, social media platforms, or other media), the term "Ultra." The foregoing shall take effect no later than 5:00 p.m. EDT one hundred and eighty (180) days after the entry of the Final Order, except as set forth below.

3. Defendant may:

   a. use and maintain the "ultrapublishing.com" domain name until 5:00 p.m. EST on the date that is one year after the entry of the Final Order, but, after 5:00 p.m. EDT on the date that is one hundred and eighty (180) days after entry of the Final Order, only in a manner that automatically redirects users who enter that domain name into their web browsers to a new website with a different domain name that is compliant with the Final Order.

   b. include the words "formerly known as Ultra International Music Publishing" on the profile pages of all of Defendant's social media feeds until 5:00 p.m. EST on the date that is eighteen months after the entry of the Final Order, provided that such words do not appear in a prominent manner.

   c. be referred to as "Ultra International Music Publishing" or any other names containing the word "Ultra" (other than "Ultra Records") on physical sound recordings manufactured before the date that is one hundred and eighty (180) days after entry of the Final Order, even if not shipped until after such date.

   d. be referred to as "Ultra International Music Publishing" or any other names containing the word "Ultra" (other than "Ultra Records") on cue sheets filed with third parties in connection with licenses executed before the date that is

one hundred and eighty (180) days after entry of the Final Order, even if such cue sheets are not filed until after such date.

4. Defendant shall file with the Court and serve on counsel for Plaintiff, within thirty (30) days of September 12, 2025, March 12, 2026, and September 12, 2026 sworn written statements as provided in 15 U.S.C. § 1116.

5. This Court shall retain jurisdiction over this action for the purpose of implementing, modifying, and enforcing the foregoing permanent injunction.

6. Defendant shall pay all of Plaintiff's costs accrued as of the date of entry of this Judgment, excluding attorneys' fees.

7. The Clerk of the Court shall **CLOSE** the case.

**DONE AND ORDERED** in Chambers at New York, New York this 14 day of March 2025.

_____
ARUN SUBRAMANIAN
United States District Judge