UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ULTRA RECORDS, LLC,

Plaintiff,

v.

ULTRA INTERNATIONAL MUSIC
PUBLISHING, LLC,

       Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Case No. 1:22-cv-09667-AS

**NOTICE OF MOTION**

    PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and all prior proceedings herein, Plaintiff Ultra Records, LLC ("Ultra Records") will move this Court before the Hon. Arun Subramanian, United States District Judge, at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, on a date and at a time to be set by the Court, for a judgment pursuant to Fed. R. Civ. P. 50(b) that there is a likelihood of confusion as a matter of law under the Second Circuit's *Polaroid* test between Ultra Records' and Defendant Ultra International Music Publishing, LLC's ("Ultra Publishing") marks. In the alternative, and solely in the event Ultra Publishing files a post-trial motion pursuant to Fed. R. Civ. P. 59 seeking to vacate the Final Judgment and for a new trial, Ultra Records contingently moves for a new trial pursuant to Fed. R. Civ. P. 59 in the event that this Court's Final Judgment, Dkt. 207, is vacated on post-trial motions (or appeal).

    PLEASE TAKE FURTHER NOTICE that, pursuant to the Order, dated March 7, 2025, Dkt. 205, response briefs are due by May 9, 2025, and reply briefs are due by May 30, 2025.

2

Dated: April 11, 2025                                Respectfully Submitted,

                                                     DORSEY & WHITNEY LLP

                                                     By */s/ Bruce R. Ewing*
                                                             Bruce R. Ewing
                                                             Kaleb McNeely
                                                             John P. Mixon
                                                     51 West 52nd Street
                                                     New York, NY 10019
                                                     (212) 415-9200

                                                     *Attorneys for Plaintiff Ultra Records, LLC*

2