

BRUCE R. EWING
PARTNER
(212) 415-9206
FAX (212) 953-7201
ewing.bruce@dorsey.com

April 22, 2025

**VIA ECF**

Hon. Arun Subramanian
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

GRANTED. The Clerk of Court is directed to terminate the motion at Dkt. 214.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Dated: April 24, 2025

Re:   *Ultra Records, LLC v. Ultra International Music Publishing, LLC*, No. 22-cv-09667

Dear Judge Subramanian:

We represent Plaintiff Ultra Records, LLC ("Ultra Records"). In light of Defendant Ultra International Music Publishing, LLC ("Ultra Publishing") having withdrawn its appeal with prejudice, Dkt. 216, Ultra Records' Post-Trial Motion, Dkt. 214, is now moot. Accordingly, Ultra Records respectfully requests permission to withdraw its Post-Trial Motion. Ultra Publishing consents to this request.

Ultra Records thanks the Court for its consideration of this request.

Respectfully submitted,

By:  */s/ Bruce R. Ewing*
       Bruce R. Ewing

Attorneys for Plaintiff Ultra Records, LLC