UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

------------------------------ X

**ULTRA RECORDS, LLC**,

          *Plaintiff*,

  - against -

**ULTRA INTERNATIONAL MUSIC PUBLISHING, LLC,**

          *Defendant*.

------------------------------ X

Case No. 1:22-CV-09667 (AS)

**NOTICE OF COMPLIANCE**

    Defendant respectfully gives Notice of Compliance with this court's order dated March 14, 2025, Dkt# 207 ("Final Judgment"). Attached is the Declaration of Mr. Patrick Moxey, President of Payday Music Publishing, LLC (f/k/a Ultra International Music Publishing, LLC) ("PMP") concerning defendant's compliance with the Final Judgment. Pursuant to the Final Judgment, plaintiff's counsel was served with a copy on September 12, 2025.

Dated: September 12, 2025

          Respectfully submitted,

          /s/ Ethan Horwitz
          Ethan Horwitz
          New York Bar No. 1073881
          Jayashree Mitra
          New York Bar No. 4741732
          405 Lexington Ave., 36th Fl.
          New York, New York 10174
          212.785.2577
          212.785.5203 (fax)

          Attorneys for Defendant
          Payday Music Publishing, LLC (f/k/a Ultra
          International Music Publishing, LLC)
          ("PMP")