UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

------------------------------ X

**ULTRA RECORDS, LLC**,

                *Plaintiff,*

    - against -                  Case No. 1:22-CV-09667 (AS)

**ULTRA INTERNATIONAL MUSIC PUBLISHING, LLC,**

                *Defendant.*

------------------------------ X

**DECLARATION OF PATRICK MOXEY**

141585711.4

1. I, Patrick Moxey, hereby declare under the laws of the United States of America and penalty of perjury, as follows:

2. I am over the age of majority and suffer from no legal disabilities.

3. I am the President of Payday Music Publishing, LLC (f/k/a Ultra International Music Publishing, LLC) ("PMP") and the statements made herein are based upon my own personal knowledge of PMP's regularly conducted business activities and on the books and records of the company. If called as a witness, I could testify to the statements made herein from personal knowledge and/or review of business records.

4. Pursuant to the court's order dated March 14, 2025, Dkt# 207, Case No. 1:22-CV-09667 (hereinafter the "Final Judgment") Ultra International Music Publishing, LLC has changed its name to Payday Music Publishing, LLC and no longer uses, in connection with the offer for sale, sale, distribution, marketing, advertising and/or promotion of any music-publishing or music-related goods or services (including on websites, social media platforms, or other media), the term "Ultra", or any variation thereof.

5. Specifically, on or about April 24, 2025, PMP's legal entity name was amended with the New York Department of State from "Ultra International Music Publishing, LLC" to "Payday Music Publishing, LLC" and the updated name was also registered with the Internal Revenue Service ("IRS").

141585711.4

6. On or about April 16, 2025, PMP launched a publicity campaign to announce its name change to "Payday Music Publishing" (see e.g., https://www.musicbusinessworldwide.com/patrick-moxeys-ultra-international-rebrands-as-payday-music-publishing-following-sony-legal-dispute/, https://www.billboard.com/pro/publishing-news-reservoir-india-payday-music-thrive-kobalt/, and https://www.musicweek.com/publishing/read/ultra-international-music-publishing-rebrands-as-payday-publishing/091795).

7. Pursuant to ¶ 3 of the Final Judgment,

   a. PMP uses and maintains the "ultrapublishing.com" domain name, but only in a manner that automatically redirects users who enter that domain name into their web browsers to "paydaypub.com", a website with a different domain name;

   b. As of approximately April 16, 2025, PMP includes the words "formerly known as Ultra International Music Publishing" on the profile sections of PMP's social media feeds, and such words do not appear in a prominent manner. For example: https://www.instagram.com/paydaypublishing/?hl=en; https://www.facebook.com/PaydayMusicPublishing; https://x.com/PaydayMusicPub; https://www.linkedin.com/company/paydaypublishing.

   a. As of approximately April 16, 2025, all @ultrapublishing.com email addresses have been changed to @paydaypub.com email addresses, with updated email "signatures" reflecting the new name.

   b. Between April 16, 2025 and June 30, 2025, PMP submitted requests to ASCAP, BMI, SESAC and various other US performing rights organizations, collection

agencies and society entities to update existing registrations previously assigned to Ultra International Music Publishing, Inc., to PMP.

c. As of September 10, 2025, PMP has submitted requests to the US Copyright Office to update existing registrations previously assigned to Ultra International Music Publishing, Inc., to PMP;

d. PMP will not refer to itself as "Ultra International Music Publishing" or any other names containing the word "Ultra" on physical sound recordings manufactured after the date hereof; and

e. PMP will not refer to itself as "Ultra International Music Publishing" or any other names containing the word "Ultra" on cue sheets filed with third parties in connection with licenses executed after the date hereof.

As the authorized agent for PMP, I hereby certify, pursuant to 28 U.S.C. §1746, and under penalty of perjury, that the foregoing declaration is true and correct to the best of my knowledge.

Executed this 12th day of September, 2025

_____
Patrick Moxey

141585711.4