UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ULTRA RECORDS, LLC,

Plaintiff,

v.

ULTRA INTERNATIONAL MUSIC
PUBLISHING, LLC,

       Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Case No. 1:22-cv-09667-AS

**STIPULATION**

       WHEREAS, on May 29, 2025, the Court entered a Taxation of Costs in favor of Plaintiff Ultra Records, LLC ("Ultra Records") assessing $10,503.64 in costs against Defendant Ultra International Music Publishing, LLC ("Ultra Publishing") (Dkt. No. 221).

       WHEREAS, Ultra Records and Ultra Publishing have engaged in settlement discussions concerning the Taxation of Costs, and have amicably resolved the Taxation of Costs against Ultra Publishing.

       NOW, THEREFORE, Ultra Records and Ultra Publishing stipulate as follows: the Taxation of Costs entered by the Court on May 29, 2025 against Ultra Publishing in the amount of $10,503.64 is hereby discharged.

IT IS SO STIPULATED

| | |
|---|---|
| Dated: December 5, 2025 | Dated: December 4, 2025 |
| CARLTON FIELDS, P.A. | DORSEY & WHITNEY LLP |
| By: */s/Ethan Horwitz* | By: */s/ Bruce R. Ewing* |
| Ethan Horwitz<br>Jayashree Mitra<br>Chrysler Center<br>405 Lexington Avenue, 36th Floor<br>New York, New York 10174-0002<br>(212) 785-2577<br>EHorwitz@carltonfields.com<br>JMitra@carltonfields.com | Bruce R. Ewing<br>Kaleb McNeely<br>John P. Mixon<br>51 West 52nd Street<br>New York, New York 10019<br>(212) 415-9200<br>ewing.bruce@dorsey.com<br>mcneely.kaleb@dorsey.com<br>mixon.john@dorsey.com |
| Robert L. Shannon<br>Logan M. Owens<br>One Atlantic Center<br>1201 W. Peachtree Street NW<br>Suite 3000<br>Atlanta, Georgia 30309-345<br>(404) 815-3400<br>rshannon@carltonfields.com<br>lowens@carltonfields.com | *Attorneys for Plaintiff Ultra Records, LLC* |
| *Attorneys for Defendant*<br>*Ultra International Music*<br>*Publishing, LLC* | |